| | | | |
|---|---|---|---|
| | AUSA: | Matthew Roth | Telephone: (313) 226-9186 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Matthew Hughes | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Audy Al-Saidy

Case No. 26-30184

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February  18, 2026- April 2, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt & Distribution of Child Porongraphy |
| 18 U.S.C. § 2252(A)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew R. Hughes, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 7, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

### I.    INTRODUCTION AND AGENT BACKGROUND

1.    I have been employed as a Special Agent of the FBI since October 2019, and I am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2.    I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3.    This affidavit is made in support of an application for a

criminal complaint and arrest warrant for Audy AL-SAIDY (DOB XX/XX/2000) for violations of 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B), the Receipt, Distribution, and Possession of Child Pornography. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that AL-SAIDY has violated the above offenses.

## II.    PROBABLE CAUSE

5.    On February 18, 2026, I signed into a BitTorrent Peer-to-Peer file sharing program[1] from an internet connected computer. Peer-to-Peer file sharing systems allow internet users to share electronic files,

---

[1] BitTorrent is a peer-to-peer file sharing network.

2

including images and videos. The users are generally anonymous to each other.

6.     I identified a computer using Internet Protocol (IP) address 69.14.235.27 (Subject Computer) with approximately 35,002 potentially downloadable files of investigative interest on the device. A file of investigative interest has keywords or hash values consistent with an image and/or video that likely meets the federal definition of child pornography.

7.     Using an FBI undercover computer that monitors child pornography shared through Bit Torrent, I searched for the 69.14.235.27 IP address used by the Subject Computer. I was able to determine that, on August 25, 2025, a computer using IP address 69.14.235.27 shared approximately 75 files, in different folders, with the undercover computer. The files downloaded from the computer had naming conventions commonly associated with images and videos of child pornography. I was able to view these files and confirmed that many contained images that meet the federal definition of child pornography.

8.     On August 25, 2025, I downloaded and reviewed files from the Subject Computer which was still using IP address 69.14.235.27. Many

3

of the files appeared to depict real prepubescent children engaged in sexually explicit conduct, including, but not limited to, the lascivious display of the genital or pubic area of any person. Consequently, the images met the federal definition of child pornography.

9.     One folder downloaded from IP address 69.14.235.27 was named "Ev... (PTHC)." I know from my training and experience that "PTHC" refers to "Preteen Hardcore" and is oftentimes associated with images and videos of child pornography. Another folder was named "incest and abuse" and contained videos of children being sexually assaulted by adults.

10.    On March 20, 2026, I reviewed a law enforcement sensitive database related to BitTorrent. A device using IP address 69.14.235.27 downloaded, made available for downloading, or uploaded files with titles consistent with images and videos of child pornography approximately 3,500 times between July 16, 2025 and March 11, 2026.

11.    The IP address 69.14.235.27 was serviced by WideOpenWest. An administrative subpoena was served to WideOpenWest on or about February 12, 2026. On March 10, 2026, I received the subpoena results for the dates and times child pornography files were downloaded. During

the relevant time period, IP address 69.14.235.27 was assigned to a residence on Lapham Street in Dearborn, Eastern District of Michigan.

12.   A search warrant was executed at the residence on April 2, 2026. Audy AL-SAIDI was present at the location. In a post-*Miranda* interview, AL-SAIDI stated he was familiar with BitTorrent and used it to download movies.

13.   A phone was seized from the area where AL-SAIDI was sleeping when the search warrant was executed. A computer was seized from an area AL-SAIDI identified as his office space. He provided the password to the computer and the cell phone. Additionally, numerous documents and identification cards associated with Al-Saidi were located near the computer.

14.   On April 3, 2026, I conducted a forensic examination and partial review of the phone and computer. Hundreds of images that met the federal definition of child pornography were found on both devices. Additionally, artifacts and deleted files with names consistent with child pornography were found on the computer, including files named "Ev… (PTHC)."

15.   I located thumbnail images within the cached area of the

computer. The images depicted infant aged females being forcibly penetrated by adult males or forced to engage in oral sex with adult males.

16. Several files within the cached area of the computer also depicted toddler aged and prepubescent females being sexually assaulted by adult males.

### III.  CONCLUSION

4. Probable cause exists that Audy AL-SAIDI has violated 18 U.S.C. §§ 2252A(a)(2) and (a)(5)(B), Receipt, Distribution, and Possession of Child Pornography.

Respectfully submitted,

Matthew R. Hughes
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
And/or by reliable electronic means.

HON. David R. Grand
UNITED STATES MAGISTRATE JUDGE

Date:    April 7, 2026

6